**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE BOYDS COLLECTION, LTD.,** | : | **CIVIL ACTION NO. 1:02-CV-2083** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **THE BEARINGTON COLLECTION, INC.,** | : | |
| **Defendant** | : | |

## AMENDING ORDER

AND NOW, this 28th day of April, 2005, upon consideration of the memorandum and order (Doc. 176) entered in the above-captioned case on April 15, 2005, and in light of its publication, it is hereby ORDERED that the memorandum and order (Doc. 176) is AMENDED as follows:

1. In the fifth sentence of the final paragraph of page 4, the term "the" is inserted after the term "serves," so that the sentence reads, in pertinent part:  It asserts that clothing on plush bears serves the "utilitarian functions" of protection and preservation . . . .

2. In the fifth sentence of the final paragraph of page 4, the phrase "considered 'useful articles' under" is deleted and is replaced with the phrase "considered a 'useful article' under," so that the sentence reads, in pertinent part:  . . . and should be considered a "useful article" under copyright law.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge